---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 24-00448-JLS (AGRx)            Date: August 12, 2024

Title: Theresa Brooke v. Bapas Anaheim Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 11, 2024, the Court set a scheduling conference for August 16, 2024, and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference." (Doc. 18 ¶ 1.)  The parties failed to comply with the Court's Order.

On its own motion, therefore, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter default, and/or issue monetary sanctions for counsel's failure to submit a Joint Rule 26(f) Report.  **No later than August 23, 2024**, counsel shall submit a Joint Rule 26(f) Report and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.  Plaintiff's counsel's failure to timely respond will result in the dismissal of this action without further notice.

The Court CONTINUES the August 16, 2024 Scheduling Conference to September 6, 2024 at 10:30 a.m.

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  cr

---